UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VERIZON SERVICES CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> T-6 COUNCIL INTERNATIONAL ) <br> BROTHERHOOD OF ELECTRICAL ) <br> WORKERS and LOCAL 2322, IBEW, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO: 14-12290-MLW |

### EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff, Verizon Services Corp. ("VSC" or the "Company"), hereby seeks on an emergency basis a temporary restraining order enjoining the T-6 Council International Brotherhood of Electrical Workers ("T-6") and the International Brotherhood of Electrical Workers, Local 2322 ("Local 2322" or the "IBEW" collectively with T-6) from proceeding with an internal union trial of Christopher Farrands ("Farrands"), a VSC employee and Union member. The trial is scheduled for today, May 28, 2014, at 4:00 p.m.

The "charges" to be tried are accusations that Farrands' performed his job duties (despite the Union directive that he not do so) and he complained to the Company that he was being harassed by a Chief Union Steward (after Local 2322 failed to respond to his complaints). The Company ultimately suspended the Chief Union Steward for two weeks. The Union's processing of the charges and threat of fines against Farrands violates both the parties' no strike and arbitration undertakings set forth in the collective bargaining agreement ("CBA"), and their

*For the reasons disclosed at the May 28, 2014 hearing, this motion is hereby DENIED.*

*Wolf DJ May 28, 2014*

17309074v.1